IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TERRY LAMAR BAKER, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-49 (WLS) |
| STEPHEN UPTON, Warden, et. al., | : |
| Defendants. | : |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 34), filed February 16, 2006. It is recommended that Defendants' motion for summary judgment (Doc. 23) be granted. Plaintiff was mailed a copy of said recommendation on February 17, 2006. The date for parties to file an objection was March 8, 2006. None of the parties, including Plaintiff, have filed an objection.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 34) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons set out therein. Accordingly, Defendants' motion for summary judgment (Doc. 23) is **GRANTED.**

SO ORDERED, this   17th   day of March, 2006.

/s/W. Louis Sands
**W. LOUIS SANDS CHIEF JUDGE**
**United States District Court**